■ In the Matter of ARLENE R. SIEGEL, Individually and as Guardian of ALFRED R. SIEGEL, Appellant, v PEARL K. SIEGEL et al., Respondents.— Judgment, Supreme Court, New York County, entered on February 5, 1979, unanimously affirmed on the opinion of Stecher, J., at Special Term. Respondents Siegel and Richenthal shall recover of appellant $75 costs and disbursements of this appeal. Concur—Birns, J. P., Sandler, Ross, Bloom and Lynch, JJ.

■ In the Matter of WILLIAMSBURG CANDY TOBACCO, INC., Appellant, v NEW YORK STATE TAX COMMISSION, Respondent.—Judgment, Supreme Court, New York County, entered on February 4, 1980, unanimously affirmed. Respondent shall recover of appellant $75 costs and disbursements of this appeal. The appeal from the order entered January 31, 1980 is dismissed as from a nonappealable order, without costs and without disbursements. No opinion. Concur—Birns, J. P., Sandler, Ross, Bloom and Lynch, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN McKINS, Appellant.—Judgment, Supreme Court, New York County, rendered on October 9, 1979, unanimously affirmed. Appellant's appeal from the judgment rendered November 15, 1978, is dismissed, since by reason of resentence that judgment was vacated and the judgment rendered October 9, 1979, substituted therefor, and it is only from the latter judgment that an appeal lies. No opinion. Concur—Kupferman, J. P., Fein, Ross, Markewich and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALBERT MEJIAS, Appellant.—Judgment, Supreme Court, Bronx County, rendered on June 14, 1979, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (subd 5). No opinion. Concur—Fein, J. P., Sullivan, Silverman and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALLEN PROCTOR, Appellant.—Appeal from judgment, Supreme Court, New York County, rendered on November 14, 1977, unanimously dismissed. By reason of resentence of appellant, the original judgment was vacated and the new judgment substituted therefor, from which latter judgment no appeal has been taken. Orders, Supreme Court, New York County, entered on March 1, 1979 and March 22, 1979, respectively, unanimously affirmed. No opinion. Concur—Birns, J. P., Sandler, Ross, Markewich and Bloom, JJ.